No. 351, Misc. HASKETT v. MARION COUNTY CRIMINAL COURT, DIVISION ONE, ET AL. Sup. Ct. Ind. Certiorari denied. *Ferdinand Samper* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *John F. Davis,* Deputy Attorney General, for respondents.

No. 352, Misc. GOGLEY v. VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 355, Misc. BAKER v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 356, Misc. BROWN v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Eleanor Jackson Piel* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 357, Misc. BARFIELD v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 358, Misc. HENDERSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 360, Misc. RUTH v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Joseph L. Garrubbo* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 363, Misc. WALLACE v. FIELD, MEN'S COLONY SUPERINTENDENT, ET AL. C. A. 9th Cir. Certiorari denied.

No. 366, Misc. NETTLES v. ILLINOIS. Cir. Ct., Will County, Ill. Certiorari denied.